IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

VICTOR BRADSHAW,              *
    Petitioner            *
vs.                           *
                                      CASE NO. 4:06-CV-106 (CDL)
CYNTHIA NELSON, WARDEN,       *
    Respondent            *
_____ *

## ORDER ON REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 17, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                                                      S/Clay D. Land
                                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE